JS-6

Scottlynn J Hubbard IV, SBN 212970
Khushpreet R. Mehton, SBN 276827
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdccentral@hubslaw.com

Attorneys for Plaintiff Martin Vogel

Rahel Goharchin, SBN 260409
William Beck, SBN 114260
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: (818) 468-9995
Facsimile: (818) 578-6363
Email: RGoharchin@gmail.com
        info@beckgoharchin.com

Attorneys for Defendants Little Rock Management, Inc.
and Far West Management Group, Inc.

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | Case No. EDCV15-00364 BRO (DTBx) |
| Plaintiff, | **ORDER ON** |
| v. | **JOINT STIPULATION FOR** |
| LITTLE ROCK MANAGEMENT, INC. dba ARBY'S #7041; FAR WEST MANAGEMENT GROUP, INC., | **DISMISSAL** |
| Defendants. | |

1   TO THE COURT AND ALL PARTIES:

2         Through this Joint Stipulation, plaintiff Martin Vogel and defendants

3   Little Rock Management, Inc. and Far West Management Group, Inc., hereby

4   stipulate that the above-entitled action be dismissed with prejudice in its

5   entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

6

7   Dated: November 5, 2015          DISABLED ADVOCACY GROUP, APLC

8

9                        /s/  Scottlynn J Hubbard          /

10                       Scottlynn J Hubbard IV

                     Attorneys for Plaintiff Martin Vogel

11

12  Dated: November 5, 2015

13

14                       /s/  Rahel Goharchin          /

15                       Rahel Goharchin

                     William Beck

16                       Attorneys for Defendants Little Rock

                     Management, Inc. and Far West Management

17                       Group, Inc.

18

19

20

21             **IT IS SO ORDERED.**

22             **DATED:**   November 6, 2015

23

24             **UNITED STATES DISTRICT JUDGE**

25

26

27

28